ORIGINAL

FILED
2008 JUL -3 PM 12:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Darrell Palmer (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORRIS SHEARS,<br>Plaintiff,<br><br>vs.<br><br>CHEROKEE GEISHA SPORTFISHING, a business entity, form unknown; CHEROKEE GEISHA, a charter fishing vessel; JAN KIRK, an individual; WILLIAM ISHIBASHI, an individual; DAN KADOTA, an individual; and DOES 1 - 10, inclusive,<br><br>Defendants | Case No.: '08 CV 1196 J BLM<br><br>**COMPLAINT FOR DAMAGES**<br><br>IN ADMIRALTY<br><br>JURY TRIAL DEMANDED<br><br>BY FAX |

**FIRST CAUSE OF ACTION**

(Negligence)

1. This is an action by a seaman without prepayment of costs, pursuant to Section 1916 of the Judicial Code, 28 U.S.C.A. Section 1916. The action is brought under the admiralty law as modified by the Jones Act, 46 U.S.C.A. Section 688.

2. Defendants, and each of them, are doing business in San Diego County, which is also their principal place of business.

3. Defendant CHEROKEE GEISHA SPORTFISHING is a business, form unknown, doing business in San Diego County.



12013212.tif - 7/2/2008 3:06:40 PM

4. Defendant CHEROKEE GEISHA is a sport fishing vessel in navigation on the territorial waters of the United States, doing business from the H&M Landing Sport Fishing offices and docks, located in San Diego County.

5. Plaintiff is informed and believes that Defendants JAN KIRK, WILLIAM ISHIBASHI, DAN KADOTA and each of them, are the individual who did, on July 15, 2005, owned, operated, managed, possessed and controlled the fishing vessel Cherokee Geisha, which was engaged in coastwise and coastal commerce.

6. The true names and capacities of defendants Does 1 through 10 are unknown at this time, plaintiff will seek leave to amend this complaint add the true names and capacities of Doe defendants when they have been ascertained. DOES 1-10 are in some way legally responsible for the harm alleged in this complaint.

7. Plaintiff is informed and believes that all defendants were individuals, corporations, partners, joint venturers, principals, agents, servants, employees and/or successors in interest of some, or all of each other and were acting within the course and scope of said corporation, partnership, joint venture, agency, employment or other relationship. The wrongful acts of these defendants were ratified, authorized and/or adopted by their respective corporations, partners, joint venturers, principals and/or employers.

8. The incident giving rise to this action occurred on board the vessel Cherokee Geisha in the territorial waters of the United States.

9. On July 15, 2005, while the Cherokee Geisha was in loading bait for a chartered fishing trip, within the port of San Diego, Plaintiff, in the course of his employment, pursuant to orders and while in the performance of his duties, was stepping down from the top of the bait tank to the deck below, when he fell, and as a result of the fall he sustained serious injuries as more specifically described below.

10. Defendants, and each of them, were negligent in the following respects: (a) in failing to provide Plaintiff with a safe place to work; (b) in failing to provide a seaworthy vessel; (c) in failing to provide adequate lighting; (d) in failing to provide handrails and steps for access to the bait tanks; (e)

failing to provide safety equipment and safeguards as required by OSHA and other applicable regulations; and (f) other subjections to be proved at the time of trial.

11. Plaintiff is an American citizen and an American seaman. On July 15, 2005, at the City of San Diego, State of California, Plaintiff was in the employee of Defendants, and each of them, as an able seaman on the vessel Cherokee Geisha. There are seaman's articles of testimony form, working as the captain Cherokee Geisha, a sport fishing vessel; at the time of the incident, Plaintiff was working for a wage of approximately $200.00 per day and found.

12. Solely by the reason of the negligence of the Defendants, and each of them, and the unseaworthingness of the vessel, as set forth above, and proximately caused Plaintiff's fall; as a result Plaintiff sustained serious injuries as follows: injuries to his hands and wrists; injuries to his shoulders; injuries to his left leg; broken ribs; injuries to his back; injuries to his left hip; injuries to his right knee and other such injuries to be proven at the time of trial.

13. Prior to his injuries, Plaintiff was a fully qualified and capable seaman able to perform any task encompassed within the duties of able seaman, and was capable of earning, and actually earned $200.00 per day or more. By reason of the injuries described above, Plaintiff has been made incapable of performing the duties of able seaman; he has suffered very physical and mental pain, and has incurred expense in an amount to be proven at the time of trial for medicine, medical treatment, and hospitalization.

14. As of the date of this Complaint, Plaintiff believes and therefore alleges that he has been permanently, partially disabled and has suffered a permanent partial demolition in his earning capacity which will result in a loss of earnings throughout the remainder of his life amounting to an amount to be proven at time of trial.

## SECOND CAUSE OF ACTION

### Maintenance and Cure Against All Defendants

15. Plaintiff incorporates by reference all of the foregoing allegations and paragraphs and to this cause of action as fully set forth in alleges as follows:

///

16. This is an admiralty action for a maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure. Plaintiff claims of Defendant, maintenance and cure and wages in such amount as may be determined by the Court of this cause of action.

17. Plaintiff, by virtue of his service on the vessel Cherokee Geisha, claims maintenance and cure and wages for the period of his disability in an amount which the Court may deem just and proper on the trial of this cause.

18. All the premises contained herein are true and within the admiralty and maritime jurisdiction of the United States and this Court.

**PRAYER**

WHEREFORE, Plaintiff prays for judgment as follows:

1. For economic damages according to proof;
2. For general damages according to proof;
3. For any applicable statutory penalties, according to proof;
4. For prejudgment interest according to proof;
5. For cost of suit to another applicable interest according to proof; and
6. For other such relief as the Court deems just and proper.

Dated: July 2, 2008

Darrell Palmer, Attorney for Plaintiff



12013212.tif - 7/2/2008 3:06:40 PM

ORIGINAL

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

FILED 2008 JUL -3 PM

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

NORRIS SHEARS

**DEFENDANTS**

CHEROKEE GEISHA SPORTFISHING, JAN KIRK, WILLIAM ISHIBASHI, DAN KADOTA and DOES 1 - 10, inclusive

(b) County of Residence of First Listed Plaintiff KERN
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Darrell Palmer (858) 792-5600
603 N. Hwy 101, Suite A, Solana Beach, CA 92075

Attorneys (If Known)

'08 CV 1196 J BLM

BY FAX

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☒ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Jones Act, 46 U.S.C.A. Section 688.

Brief description of cause:
Personal Injury

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 07/02/2008 SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

12013212.tif - 7/2/2008 3:06:40 PM