Summons in a Civil Action (Rev 11/97)

FILED
2008 JUL -3 PM 12:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

NORRIS SHEARS

vs

CHEROKEE GEISHA SPORTFISHING, a business entity, form unknown; CHEROKEE GEISHA, a charter fishing vessel; JAN KIRK, an individual; WILLIAM ISHIBASHI, an individual; DAN KADOTA, an individual; and DOES 1 - 10, inclusive, Defendants

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1196 J BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Darrell Palmer
603 N. Hwy 101, Suite A
Solana Beach, CA 92075
(858) 792-5600

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. 7/3/08

J. PARIS

DATE

By , Deputy Clerk