# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NORRIS SHEARS, | ) Case No.: 08cv1196-BTM (BLM) |
| Plaintiff, | ) **ORDER GRANTING JOINT MOTION** |
| vs. | ) **FOR DISMISSAL** |
| CHEROKEE GEISHA SPORTFISHING, a business entity, form unknown; CHEROKEE GEISHA, a charter fishing vessel; JAN KIRK, an individual; WILLIAM ISHIBASHI, an individual; DAN KADOTA, an individual; and DOES 1 - 10, inclusive, | ) |
| Defendants | ) Action Filed: July 3, 2008 |

This matter is before the Court upon the parties' Joint Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  Good cause appearing, the Joint Motion for Dismissal is GRANTED and the above-entitled matter is dismissed in its entirety with prejudice, each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 19, 2010

Honorable Barry Ted Moskowitz
United States District Judge

1